No. 183. Ex parte FERNANDO VÁZQUEZ, PETICIONARIO.—Petición para que se cancele la fianza notarial hipotecaria otorgada por el peticionario en junio 14, 1909. Resuelto en noviembre 4, 1913, por resolución del Sr. Presidente sin intervención de los demás jueces, de acuerdo con la ley. Decretada la cancelación de la fianza. El peticionario compareció en nombre propio.

---

No. 18. MOLLFULLEDA ET AL., DEMANDANTES *v.* ROSSY, DEMANDADO.—Petición para que este tribunal apruebe la exposición del caso. Resuelto en noviembre 5, 1913. Denegada la petición por no reunir los requisitos que exigen el artículo 218 del Código de Enjuiciamiento Civil y la regla 64 de este tribunal. El peticionario compareció en nombre propio. El demandado no compareció.

---

No. 631. EL PUEBLO, APELADO, *v.* DÁVILA, APELANTE.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Resuelto en noviembre 6, 1913. Confirmada la sentencia apelada. Abogado del Pueblo: *Sr. Charles E. Foote, Fiscal.* El apelante no compareció.

---

